UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Eubanks Court, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants | Case: 2:13-CV-01805-MCE-EFB<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**ORDER**

Pursuant to the parties' joint stipulation for dismissal (ECF No. 13) and Federal Rule of Civil Procedure 41, this action is hereby DISMISSED with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated:  October 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1

Stipulation for Dismissal        Case: 2:13-CV-01805-MCE-EFB